UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

MALIBU MEDIA, LLC,

                 Plaintiff,

vs.

JOHN DOE subscriber assigned IP address
24.161.39.81,

                 Defendant.

-----------------------------------------------------------------X

Case No. 7:14-cv-10159-NSR

Judge Roman

## ORDER ON PLAINTIFF'S FIRST LETTER MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT

THIS CAUSE came before the Court upon Plaintiff's First Letter Motion for Extension of Time Within Which it Has to Serve John Doe Defendant With a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have at least forty five (45) days after the pending Motion for Leave to Serve a Third Party Subpoena is adjudicated to effectuate service of a summons and Complaint upon Defendant.

Clerk of the Court requested to terminate the motion (doc. 13).

SO ORDERED this 30th day of _____April_____, 2015.

By: _____
      UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/30/2015

1