**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

MALIBU MEDIA, LLC,

    Plaintiff,

v.   Civil Action No.  7:14-cv-10159-NSR

JOHN DOE, subscriber assigned IP address 24.161.39.81,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe was assigned the IP Address 24.161.39.81. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  July 22, 2015

    Respectfully submitted,

    By:   /s/ *Jacqueline M. James*
    Jacqueline M. James, Esq.
    jjameslaw@optonline.net
    The James Law Firm PLLC
    445 Hamilton Avenue
    Suite 1102
    White Plains, New York 10601
    Telephone:  914-358-6423

                                    Facsimile:   914-358-6424
                                    *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

       I hereby certify that on July 22, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                    By:  /s/ *Jacqueline M. James*
                                           Jacqueline M. James